

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2020

No. 04-20-00131-CV

Clint Harrison **ELLER**,
Appellant

v.

**DAD P AS NEXT FRIEND TO T.P. A MINOR**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 18-383A
Honorable N. Keith Williams, Judge Presiding

## O R D E R

On July 30, 2020, appellant filed his brief and appendix.  The appendix to appellant's brief violates Texas Rule of Appellate Procedure 9.9 in that it includes sensitive data, specifically the name of a person who was a minor when the underlying suit was filed, and such data has not been redacted.  *See* TEX. R. APP. P. 9.9(a)(3).

We therefore **ORDER** that appellant's appendix is **STRICKEN**.  We further **ORDER** appellant to file an amended appendix in compliance with Texas Rule of Appellate Procedure 9.9 **by August 10, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court